```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -  X
                                     :
UNITED STATES OF AMERICA             :
                                     :
          - v. -                     :    UNSEALING ORDER
                                     :
HAJI NAJIBULLAH                      :    14 Cr. 401
     a/k/a "Najibullah Naim,"        :
     a/k/a "Abu Tayeb,"              :
     a/k/a "Atiqullah,"              :
AKHUND ZADA,                         :
     a/k/a "Amir Ashraf," and        :
TIMOR SHAH,                          :
                                     :
          Defendants.                :
                                     :
- - - - - - - - - - - - - - - - - -  X
```

Upon the application of the United States of America, by and through Assistant United States Attorneys Michael K. Krouse, Sam Adelsberg, and Sidhardha Kamaraju, it is hereby ORDERED that Indictment 14 Cr. 401 be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        October 28, 2020

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTARTE JUDGE