

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 3, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:** ***United States v. Haji Najibullah, et al.*, S2 14 Cr. 401 (KPF)**

Dear Judge Failla:

      The Government writes to respectfully note that it has filed a classified letter in response to the defense's May 26, 2026 classified sentencing submission, *in camera* and under seal, copies of which have been made available to the Court and cleared defense counsel.

                         Respectfully submitted,

                         JAY CLAYTON
                         United States Attorney for the
                         Southern District of New York

By:_____/s/_____
          Sam Adelsberg
          Jacob H. Gutwillig
          David J. Robles
          Assistant United States Attorneys
          (212) 637-2494/2215/2550

Cc: Defense Counsel (by ECF)